**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Carrington Mortgage Services, LLC, | 2:17-cv-01530-JAD-PAL |
| Plaintiff | **Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130 and Staying Case** |
| v. | |
| SFR Investments Pool 1, LLC; Liberty at Mayfield Community Association; et al., | [ECF No. 7] |
| Defendants | |

SFR Investments Pool 1, LLC demanded that plaintiff Carrington Mortgage Services, LLC, an out-of-state resident, post a cost bond under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing,

IT IS HEREBY ORDERED that SFR's Demand for Security of Costs **[ECF No. 7] is GRANTED; the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this

---

[1] ECF No. 7.

[2] Nev. Rev. Stat. 18.130(1).

[3] *Id*.

[4] Nev. Rev. Stat. 18.130(4).

plaintiff in the event that the cost bond is presented for deposit.  Plaintiff must bring a copy of this order to the Clerk's office when making this deposit.

      IT IS FURTHER ORDERED that **this case is STAYED by operation of NRS 18.130(1) until the $500 is deposited.**

DATED: July 11, 2017

                                                                    Jennifer A. Dorsey
                                                                    United States District Judge