DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01530-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING CASSANDRA J. LEMONS WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as Nominee Beneficiary for OWNIT MORTGAGE SOLUTIONS, INC.; MICHELLE MAJORS, an individual; CASSANDRA J. LEMONS, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Cross-Defendant CASSANDRA J. LEMONS ("Lemons") stipulates and agrees that

- 1 -

she no longer has any interest, ownership or otherwise, in the real property commonly known as **4245 Creek Bed Court, Las Vegas, Nevada 89129; Parcel No. 138-03-312-076** ("Property"). Lemons has been informed that the Property was sold on November 13, 2013 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for Liberty at Mayfield Community Association ("the Association"). Lemons further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201311180000217 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR and Lemons stipulate and agree that Lemons shall be dismissed from this action without prejudice, the parties to bear their own fees and costs.

Dated this 23rd day of October, 2017.

**KIM GILBERT EBRON**

_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 19 day of Oct, 2017.

**CASSANDRA J. LEMONS**

_____
Cassandra J. Lemons
6411 Brown Eagle Street
Las Vegas, NV 89131
702-600-4337
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant CASSANDRA J. LEMONS shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

Dated: October 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Respectfully submitted:

_____
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*