1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: natalie.winslow@akerman.com

7 *Attorneys for Carrington Mortgage Services, LLC
and Mortgage Electronic Registrations Systems,*
8 *Inc. as Nominee Beneficiary for Ownit
Mortgage Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01530-JAD-PAL<br><br>**DISCLAIMER OF INTEREST AND STIPULATION AND ORDER FOR DISMISSAL OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR OWNIT MORTGAGE SOLUTIONS, INC.**<br><br>ECF No. 27 |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as Nominee Beneficiary for OWNIT MORTGAGE SOLUTIONS, INC., MICHELLE MAJORS, an individual; CASSANDRA J. LEMONS, an individual,<br><br>Counter/Cross Defendants. | |

. . .

. . .

43529978;1

**PLEASE TAKE NOTICE** that Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for Ownit Mortgage Solutions, Inc. and its successors and assigns (**MERS**), notifies the Court that it disclaims any present interest in the deed of trust recorded against the property located at 4245 Creek Bed Court, Las Vegas, Nevada 89129 on August 17, 2005 as instrument no. 20050817-0003571

IT IS HEREBY STIPULATED AND AGREED between MERS and SFR Investments Pool 1, LLC, that MERS will be dismissed with prejudice from this action, each party to bear its own attorneys' fees and costs.

DATED this 11th day of December, 2017

**AKERMAN LLP**

/s/Natalie L. Winslow
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc., in its capacity as nominee for Ownit Mortgage Solutions, Inc.*

DATED this 11th day of December, 2017

**KIM GILBERT EBRON**

/s/Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

### ORDER

Based on the parties' stipulation [#27] and good cause appearing, IT IS HEREBY ORDERED that all claims against Mortgage Electronic Registration Systems, Inc. in its capacity as nominee for Ownit Mortgage Solutions, Inc. are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge
12-11-17

43529978;1